February 21, 2011
Attorney for Defendant, **The Hartford Steam Boiler Inspection and Insurance Co.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

(Removed from the Seventeenth Judicial Circuit Court Broward County, Florida
Case No. 10041775)

| | |
|---|---|
| PLAYA DEL MAR ASSOCIATION, INC. | ) CASE NO. |
| Plaintiffs, | ) Judge |
| | ) |
| v. | ) |
| | ) |
| THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE CO. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Comes now The Hartford Steam Boiler Inspection and Insurance Company ("HSB"), the defendant in the above-styled matter, and hereby gives notice pursuant to 28 U.S.C. § 1441 of the removal of this action from the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, Case Number 10041775, to the United States District Court for the Southern District of Florida on the following basis.

1. HSB is a defendant in this civil action brought in Broward County, Florida bearing case number 10041775 which falls within the United States District Court of Florida for the Southern District of Florida.

2. Plaintiff claims to have sustained damages as a result of breach of contract. The plaintiff claims its damages total Three Hundred Thirty Nine Thousand Three Hundred Fifty Five Dollars and 02/100 ($339,355.02).

3. The plaintiff, Playa Del Mar Association, Inc., is a Florida non-profit corporation doing business in Broward County, Florida with its principal address at 3900 Galt Ocean Drive, Fort Lauderdale, Florida 33308.

4. HSB is a corporation incorporated under the laws of Connecticut with its principal place of business in Connecticut. At no time has HSB been organized under the laws of the State of Florida, nor had it ever maintained its principal place of business within the State of Florida.

5. Based on the allegations and representations made within plaintiff's complaint, as well as the pre-suit demand made by plaintiff, the amount in controversy in this lawsuit exceeds the value of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and cost and there is complete diversity of citizenship between plaintiff and defendant. This is a case which is subject to the original jurisdiction of this court under 28 U.S.C. §1332 and this case may be removed to this court pursuant to the provisions of 28 U.S.C. §1441 and §1446.

6. The complaint was filed in the Circuit Court for the Seventeenth Judicial in and for Broward County, Florida, on October 18, 2010. The complaint was served upon the defendant by certified mail on February 1, 2011.

7. This notice of removal is being filed within thirty (30) days of service of plaintiff's complaint on HSB which occurred on February 1, 2011.

8. A complete copy of the entire record of the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, case number 10041775 is attached to this notice of removal as Exhibit "A" as required by 28 U.S.C. §1446(a).

9. HSB has given written notice of this notice of removal to plaintiff by mailing a copy to their attorney of record.

10. In compliance with 28 U.S.C. §1446(a), HSB has also provided written notice of the notice of removal to the Broward County Circuit Court, Clerk of Court, a copy of which is attached to notice of removal as Exhibit "B."

WHEREFORE, defendant HSB respectfully prays the above-captioned lawsuit be removed to the United States District Court, Southern District of Florida.

Respectfully submitted,

/s/ Matthew J. Smith
Matthew J. Smith     (490296)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
(513) 579-0080
(513) 579-0222 – Fax
msmith@smithrolfes.com

Douglas J. LaPointe, Esq.
Bar # 00991333
Dlapointe@cameronhodges.com
Cameron, Hodges, Coleman, LaPointe, Wright, P.A.
15 West Church Street, Suite 301
Orlando, Florida 32801-3351
407.841.5030-phone
407.841.1727-fax
ATTORNEYS FOR DEFENDANT, THE HARTFORD STEAM BOILER INSPECTION & INSURANCE CO.

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing Notice of Removal was electronically filed on February 21, 2011. Notice of this filing will be sent to all parties via regular mail.

Keith Lambdin, Esq.
Katzman Garfinkel & Berger
300 North Maitland Avenue
Maitland, Florida  32751

/s/ Matthew J. Smith
Matthew J. Smith, Esq.